28

MIED (Rev.5/13) General Civil Complaint

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

Herbert Studstill EL
 6246 Carnegie St
Romulus mi 48174
                              Plaintiff(s),

v.

Jalita Floyd-king
 3663 Beverly Rd
 Romulus mi 48174

 734-502-3802
                              Defendant(s).

Case: 2:16-cv-12406
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 06-24-2016 At 11:03 AM
CMP STUDSTILL v KING (sk)

## COMPLAINT

I.    Defendant(s).   Print the full name for each defendant.   If there are more defendants, use additional pages to provide their names.

### Name of Defendant(s)

1.    Jalita Floyd-king

2.

3.

4.

5.

II.   Statement of claim.   Briefly state the facts of your case.   Describe how each defendant is involved, and exactly what each defendant did, or failed to do.   Include names of any other persons involved, dates, and places.   You may use additional paper if necessary.

Violations of my rights and stander

MIED (Rev.5/13) General Civil Complaint

III.    Relief.  Briefly state exactly what you want the court to do for you.

An injuction and $150,000 from defendant

MIED (Rev.5/13) General Civil Complaint

_____

_____

_____

IV.     Additional Information. – Briefly enter any additional information, you may use additional paper.

_____

_____

_____

_____

_____

_____

V.      Demand for Jury Trial.   Check this box if you want your case to be decided by a jury, instead of a judge.

☒       Plaintiff demands a jury trial on all issues.

Dated:   _6-23-16_____

_Herbert Stadstill EL_
Plaintiff's Signature

_Herbert Stadstill EL_
Plaintiff's Printed Name

_6296 Carnegie St_
Street Address

_Romulus Mi 48174_
City, State, Zip Code

_N/A_
Telephone Number

_N/A_
E-mail Address

**United States District Court**


**Herbert Studstill El**

**(Plaintiff, In person)**

**Vs.**

**Jalita Floyd - King**

**(Defendant)**

3663 Beverly Rd
Ramulus M, 48174
734-503-3802                     **Petition / Lawsuit for slander**


**Jurisdiction is given to the United States district court, according to U.S. Constitution article 3 & U.S. Constitution amendment 7th. According F.R.C.P. rule 7(a) & rule 7(7).**

**Brief summary of this lawsuit supported by case law and evidence. According to F.R.C.P. rule 8 (general rules of pleading) (a) claims for relief**

**I Herbert Studstill El hereby come with this lawsuit/petition against the defendant Jalita Floyd-King for slander to my person.**

# Lawful definition of (Slander):
## slander

N. oral defamation, in which someone tells one or more persons an untruth about another which untruth will harm the reputation of the person defamed. Slander is a civil wrong (tort) and can be the basis for a lawsuit. Damages (payoff for worth) for slander may be limited to actual (special) damages unless there is malicious intent, since such damages are usually difficult to specify and harder to prove. Some statements such as an untrue accusation of having committed a crime, having a loathsome disease, or being unable to perform one's occupation are treated as slander per se since the harm and malice are obvious, and therefore usually result in general and even punitive damage recovery by the person harmed.

>1

This slander came about by the defendant Jalita King-Floyd on May 21, 2015, when she had me admitted against my will at Oakwood Annapolis hospital. (Evidence # 1) (pg. 1) "Mother is petitioning pt. stating pt. is driving around with illegal tags on his car, no license and insurance. Mother also states that pt. is accusing the police of illegal wrong doings when the patient is the one in the wrong. Mother states that she would like her son to have a psychiatric evaluation. Pt. given gown and instructed to place clothing in patient belonging bag. Pt. refusing to take off clothing at this time.Pt is currently a&0x3, calm and cooperative. Respirations are even unlabored, ksin is warm dry and intact. Nd noted at this time will continue to monitor."

Let me state for the court record that at the time the defendant had me admitted. She was not and is not my legal guardian. Also that I was and am a grown man of the age of 40 years old. Also that it's not or was not the defendant job to interpret neither law nor my actions. Being that I was a private citizen of lawfully age and legal capacity to handle my affairs without the defendant assistance.

### Case law

the court issued an opinion in _New York Times Co. v. Sullivan_, 376 U.S. 254 (1964) dramatically changing the nature of libel law in the United States. In that case, the court determined that public officials could win a suit for libel only if they could demonstrate "actual malice" on the part of reporters or publishers. In that case, "actual malice" was defined as "knowledge that the information was false" or that it was published "with reckless disregard of whether it was false or not". This decision was later extended to cover "public figures", although the standard is still considerably lower in the case of private individuals.

In this case even though I the plaintiff isn't a public official. The defendant still acted with actual malice when she gave information to have me admitted against my will for a examination. She gave information that she had no proof of concerning my actions with the police.

5ð

It was a false accusation, in which it occur as the result of the defendant intentional lying to have me commited. As a result of the defendant action I the plantiff Herbert Studstill , suffered emotional distress and shame to my reputation. The defendant actions can be seen as a intention tort.

Intention tort is defined by law as ; "are any intentional acts that are reasonably foreseeable to cause harm to an individual, and that do so. Intentional torts have several subcategories:

- Torts against the person include assault, battery, false imprisonment, intentional infliction of emotional distress, and fraud, although the latter is also an economic tort. An intentional tort requires an overt act, some form of intent, and causation ."

The defendant then went on to carry on with her slander and defamation actions against me, by testify against me. At a state of michigan 34th judicial district county of wayne court hearing. ( evidence # 2) ( transcript dated  december 2, 2015).

Defamation is defined by law as ; "Defamation is tarnishing the reputation of someone; it has two varieties, *slander* and *libel*. Slander is spoken defamation and libel is printed or broadcast defamation."

On october 15, 2015 , before a show cause hering the defendant gave testimony against the plaintiff in a defamation and slanderous way. (evidence # 2 pg 4 trancript) "the court : is there any power—do you have any power of attorney over him? Ms. Flyod : no I do not. The court : no ? Ms. Floyd : I've asked for outside guardianship, because it would casue so much conflict between he and I if I – he is totally against it. So there's a outside person—organization that may—is trying to do it."

Let the court reflect on the fact the defendant openly admitted in court that she had no reason power to act in my affairs and that her(defendant) intention was to slander and defamate me to gain power over me.

(evidence # 2 page 5 transcript) " the court : did he—he was sent for a- a psychological. Did that ever occur? Ms.Floyd: we went, but he did not comply. We got there, locked up evrything, but then he would not allow them to search him. He said it was a violation of his civil rights. So then we left. But that's as far as I got with him. So what we're trying to do is get the third party involved to help with all

93

of this. I can not it alone. It's-it's just total nonsense. We –I've talked and talked unitl I'm blue in the face. He doesn't listen to me. So maybe these other people with the force of medication, going to the doctor, what have you, that will help turn this situation around, because he's not doing any of that. The court : how is the environment at home? Ms/ Floyd: he lives alone and we have managed with him doing that for years because he listened to us at that point. Now he's involved with these Moorish people. They take his money. He  has to pay to belong. They have gotten himinto al of this. He will not listen to us now. He doesn't hear it. But he still pays his rent and what have you like that."

Let the court again relfect on the point that the defendant openly testify against me with the intentional slander and defamation by teling the court she wanted help to get control over me for no reason because she also amditted that I was handling my affairs as a private citizen.

The defendant's action in the court testimony caused me the plaintiff to be arrested for no reason . but that  she wanted power of attorney over me. I spent  a few weeks in jail because of her(defendant) actions.

### Conclusion  & remedy

I the plaintiff Herbert Studstill El , am seeking a remedy of $150,000 from the defendant Jalika Floyd , for slander and defamation also intentional infliction of emotional distress. I also am asking the court to put some type of injuction on the defendant to keep her out of my affairs.

**Said and Done by: Herbert Studstill El**

Ps4

OAKWOOD ANNAPOLIS HOSPITAL
33155 Annapolis Rd
Wayne MI 48184-2405
ED Legal Record

STUDSTILL,HERBERT JR.
MRN: 07167477
DOB: 10/24/1975, Sex: M
Adm: 5/21/2015, D/C: 5/22/2015

## ED Notes (continued)

### ED Notes by King, Jalita E, RN at 5/21/2015  6:54 PM (continued)                    Version 1 of 1

| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 6:54 PM | Note Time: 5/21/2015 6:54 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |

Pt to holding bed 39. Report given to Tiffany RN.

Electronically signed by King, Jalita E, RN on 5/21/2015  6:54 PM

### ED Notes by King, Jalita E, RN at 5/21/2015  6:12 PM                    Version 1 of 1

| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 6:13 PM | Note Time: 5/21/2015 6:12 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |

Pt is in green gown, belongings being locked up with security. Pt calm and cooperative.

Electronically signed by King, Jalita E, RN on 5/21/2015  6:13 PM

### ED Notes by King, Jalita E, RN at 5/21/2015  5:43 PM                    Version 2 of 2

| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 5:45 PM | Note Time: 5/21/2015 5:43 PM | Status: Addendum |
| Editor: King, Jalita E, RN (Registered Nurse) | | |
| Related Notes:    Original Note by King, Jalita E, RN (Registered Nurse) filed at 5/21/2015 5:44 PM | | |

Mother is petitioning pt stating that pt is driving around with illegal tags on his car, no license and insurance.
Mother also states that pt is accusing the police of illegal wrong doings when the patient is the one in the
wrong. Mother states that she would like her son to have a psychiatric evaluation. Pt given gown and instructed
to place clothing in patient belonging bag. Pt refusing to take off clothing at this time. Pt is currently a&ox3,
calm and cooperative. Respirations are even and unlabored, ksin is warm dry and intact. ND noted at this time.
Will continue to monitor.

Electronically signed by King, Jalita E, RN on 5/21/2015  5:45 PM

### ED Notes by King, Jalita E, RN at 5/21/2015  5:43 PM                    Version 1 of 2

| Author: King, Jalita E, RN | Service: (none) | Author Type: Registered Nurse |
| Filed: 5/21/2015 5:44 PM | Note Time: 5/21/2015 5:43 PM | Status: Signed |
| Editor: King, Jalita E, RN (Registered Nurse) | | |
| Related Notes:    Addendum by King, Jalita E, RN (Registered Nurse) filed at 5/21/2015 5:45 PM | | |

Mother is petitioning pt stating that pt is driving around with illegal tags on his car, no license and insurance.
Mother also states that pt is accusing the police of illegal wrong doings when the patient is the one in the
wrong. Mother states that she would like her son to have a psychiatric evaluation.

Electronically signed by King, Jalita E, RN on 5/21/2015  5:44 PM

OAKWOOD ANNAPOLIS HOSPITAL  STUDSTILL,HERBERT JR.
33155 Annapolis Rd    MRN: 07167477
Wayne MI 48184-2405   DOB: 10/24/1975, Sex: M
ED Legal Record     Adm: 5/21/2015, D/C: 5/22/2015

## ED Provider Notes (continued)

**ED Provider Notes by Murry, Glenn, PA-C at 5/21/2015  9:46 PM (continued)**  Version 1 of 1
Number of Diagnoses or Management Options
Diagnosis management comments: Here with likely untreated schizophrenia - there is no injury - here with
mother who has concern and is writer of petition - medical evaluation complete other than urine drug screen -
although expressing disagreement he is cooperative and not a management problem

Amount and/or Complexity of Data Reviewed
Clinical lab tests: reviewed and ordered

Murry, Glenn, PA-C
05/21/15 2151

Mingo, Alfie E, MD
05/22/15 2125

 Electronically signed by Mingo, Alfie E, MD on 5/22/2015  9:25 PM

**ED Provider Notes by Horling, Susan M, DO at 5/22/2015  3:03 AM**  Version 2 of 2
 Author: Horling, Susan M, DO  Service: Adm-Emergency Medicine Author Type: Physician
 Filed: 5/22/2015  7:40 PM   Note Time: 5/22/2015  3:03 AM  Status: Addendum
 Editor: Horling, Susan M, DO (Physician)
 Related Notes: Original Note by Knauer, James A, PA-C (Physician Assistant) filed at 5/22/2015  6:41 AM

2200 case signed out to myself from g murry pa-c. Vss, no new complaints or problems.
0700 c ase signd out to m deller pa-c

Knauer, James A, PA-C
05/22/15 0641
I have personally seen & evaluated the patient. I find the patients history and physical exam are consistent with
NP/PA documentation. I agree with the care provided, treatment rendered, disposition & follow up plan.

Horling, Susan M, DO
05/22/15 1940

 Electronically signed by Horling, Susan M, DO on 5/22/2015  7:40 PM

**ED Provider Notes by Knauer, James A, PA-C at 5/22/2015  3:03 AM**  Version 1 of 2

Generated by 066975 at 4/5/16  9:23 AM

STATE OF MICHIGAN

34TH JUDICIAL DISTRICT COURT COUNTY OF WAYNE

THE PEOPLE OF THE CITY OF ROMULUS,

v

District Court No. 15-1943;
1944; 1945

HERBERT STUDSTILL,

Defendant.

SHOW CAUSE HEARING

BEFORE THE HONORABLE ALAN HINDMAN, MAGISTRATE

Romulus, Michigan - October 15, 2015

APPEARANCES:

| | |
|---|---|
| For the People: | No one present |
| For the Defendant: | In Pro Per. |

Recorded and transcribed by:  Michelle J.K. Buckberry, CER3601
Certified Electronic Recorder
(734) 941-4462

1

# TABLE OF CONTENTS

PAGE

WITNESSES:  PEOPLE

None.

WITNESSES:  DEFENDANT

NONE.

                                    IDENTIFIED    ADMITTED

EXHIBITS:

None.

2

Romulus, Michigan

Thursday, October 15, 2015 - 2:37 p.m.

THE COURT: Mr. Studstill, did you read and sign your Advice of Rights Form?

THE DEFENDANT: No. For the record, I'm making a special appearance and I'm challenging the jurisdiction for the record.

THE COURT: You want the Court to do something and the Court is asking you, did you read and sign your Advice of Rights form?

THE DEFENDANT: No. I am here making a special appearance.

THE COURT: Again, I don't want to--listen--listen to me. You want me to do something for you and I'm asking you, did you read and sign your Advice of Rights form?

THE DEFENDANT: No.

THE COURT: Then I'm gonna read them to you, because when you walked into the door of this court house you want to--the Court to grant your request, but you have to abide by our rules. Are you prepared for that this afternoon?

THE DEFENDANT: I'm challenging the jurisdiction--

THE COURT: Are you prepared--

THE DEFENDANT: --for the record.

THE COURT: --for that this afternoon?

3

THE DEFENDANT:  I am ready.

THE COURT:  Okay.

Mom?

MS. FLOYD:  No verbal response.

THE COURT:  Have a seat at that table?

THE DEFENDANT:  This one?

THE COURT:  Yep.

I'm--your name for the record?

MS. FLOYD:  Jelica (phonetic) Floyd.

THE COURT:  I'm aware of the Defendant's situation.

MS. FLOYD:  Uh huh.

THE COURT  Is there any power--do you have any power of attorney over him?

MS. FLOYD:  No, I do not.

THE COURT:  No?

MS. FLOYD:  I've asked for outside guardianship, because it would cause so much conflict between he and I if I--he is totally against it.  So there's a outside person--organization that may--is trying to do it.

THE COURT:  What's the state of union of Herbert today?

MS. FLOYD:  The--his--

THE COURT:  Is he--

MS. FLOYD:  --position?

4

THE COURT: Did he--he was sent for a--a psychological. Did that ever occur?

MS. FLOYD: We went, but he did not comply. We got there, locked up everything, but then he would not allow them to search him. He said it was a violation of his civil rights. So then we left. But that's as far as I got with him.

So what we're trying to do is get the third party involved to help with all of this. I can not do it alone. It--it's just total nonsense. We--I've talked and talked until I'm blue in the face. He doesn't listen to me. So maybe these other people with the force of medication, going to the doctor, what have you, that will help turn this situation around, because he's not doing any of that.

THE COURT: How is the environment at home?

MS. FLOYD: He lives alone and we have managed with him doing that for years because he listened to us at that point. Now he's involved with these Moorish people. They take his money. He has to pay to belong. They have gotten him into all of this. He will not listen to us now. He doesn't hear it. But he still pays his rent and what have you like that. He does that, but--

THE COURT: There's nobody but your mother standing next to you today. All these people that are feeding you all this information, in my relationship with

5

you, they're never here.  The only people that you truly

can trust on the planet are always here for you.  All these

other people, they're never here with you.

So he's over on Carnegie?

MS. FLOYD:  Yes.

THE COURT:  See, when I said he walks into this

building, he--there's a whole bunch of stuff that goes along

with these six cases.

MS. FLOYD:  Yes, it is.

THE COURT:  And he wants to talk about rights.

Well, he--signing that Advice of Rights form or me going to

explain those rights to him in a minute, he's gonna be put

into that situation.

MS. FLOYD:  I understand that, but I think he's

just off on his binge of things.  He doesn't see the big

picture.  He just doesn't get it.

THE COURT:  How old is he?

MS. FLOYD:  How old are you, Herbert?

THE DEFENDANT:  Thirty-nine.

THE COURT:  Hold on a minute.

THE DEFENDANT:  It appears that the judge has left

the bench.

THE COURT:  All right, Herbert, step up.  Herbert,

you've been arraigned before Judge Green.  I'm not gonna--

she sent you for a competency exam.  Did you do that?

6

THE DEFENDANT:  Yes, and I'm challenging your jurisdiction for the record.

THE COURT  Okay.  And I have there's no competency in this file.  You're in what's called a show cause status, that's for you to show cause why you didn't fulfill the Judge's order.  Why didn't you go and take care of the objectives that the Judge gave you by going in for a competency exam?

THE DEFENDANT:  I am challenging the Court's jurisdiction--

THE COURT:  Okay.

THE DEFENDANT:  --for the record.

THE COURT:  Okay.  Mr. Studstill, you have the right to remain silent.  Anything you say orally and/or in writing can be used against you in court.  You have the right to a trial before a judge or before a jury.  You have a right to bring forth witnesses to testify on your behalf. Do you understand that?

THE DEFENDANT:  No verbal response.

THE COURT:  And the Prosecution has the right to bring witnesses and put them under oath to testify against you.  Do you understand that?

THE DEFENDANT:  Yes.

THE COURT:  So, with all that said, you did not do what the Judge ordered, so what I'm gonna do on case

7

number 15-1943, your bond is five thousand dollars/ten

percent.  And I'm gonna order you--I'm gonna continue the

Judge's order for a competency exam.

Case number 15-1944, Interfere With a Police

Officer, I'm gonna order that you again for competency, per

Judge Green's order.  Your bond on that case is five

thousand dollars/ten percent.

Case number 15-1945, I'm gonna continue the

Judge's order for competency.  Your bond on that case is

five thousand dollars/ten percent.

And in the final case, Failed to Obey a Police--

no, second from the last--Failed to Obey, that's another

case that the Judge ordered competency.  I'm gonna continue

that order.  I'm gonna place you on a five thousand dollar/

ten percent bond.

And the final case, a Registration or Plate

Violation, and again the Judge ordered competency.  You

failed to do it.  I'm gonna order your bond on that case

five thousand dollars/ten percent.

So that totals twenty-five thousand dollars/ten

percent.  You're gonna be--there's gonna be a--the

competency order is gonna be forwarded to the Wayne County

Sheriff's Department, because you're gonna be in custody and

I think that's gonna make that competency exam happen.

You have a civil infraction that I'm just gonna

8

push out until the date--a Romulus date.

Michelle--matter of fact, you can just--it's at show cause now.  Give me a date.

COURT RECORDER:  I can't give you a date, because we don't know when the competency will be.

THE COURT:  I know, so I'll just leave it.

Mr. Studstill, I told you at the beginning of this, when you come into the building you have to abide by all of the rules that this body of the government operates under and so I know you had good intentions when you came in, but you're gonna be going that way today.

THE DEFENDANT:  What does that mean?

THE COURT:  You're gonna be taken into custody. This is serious.

I don't know what it is on your end with whoever feeds you your information that you get, but in my thirty plus years in this building I've never been able to understand this practice that floats around on the internet. I think it all boils down to money.  But, in my  thirty years every case similar to yours that the same verbiage is used, I never see the parties that present this whatever it is, these beliefs, are never present with the people at the other end.  You're gonna go off to jail and those people that gave you that information, they're gonna be sitting down tonight eating dinner somewhere and you're not gonna be

9

eating the same dinner they are or be in the same

atmosphere.  But I think the Court needs to get your

attention.  I think you need some medical attention and I

think that once you find and you get that medical attention,

life is gonna be a little bit easier to go and I think it's

gonna put some people under some less stress.

I can tell by the look on your mom's face that

this isn't happy, but we need to get your attention.

You're--you're listening to the wrong people.  I can tell

you personally that we had these cases all set to go a very

easy route, but you're focused on something that's the

opposite of that.  And with whoever is giving you this

information, they're not standing here today.

Go ahead and take him into custody.

And now listen, going into custody--

THE DEFENDANT:  And I am also challenging your

jurisdiction for the record.

THE COURT:  That--and I--I--it's--it--I'll take it

under advisement, but again, I read you your rights and I've

put you on notice that--that--bond is not a penalty.  Bond

is to guarantee that you fulfill the orders of the judges

that sit in this building and you failed to do so.

What she sent you for might have been two hours

out of your day and now you're turning it into this.

Go ahead, Tim.

10

THE DEFENDANT:  For the record I want to know what my crime is.

OFFICER RAPP:  Come on, let's go.

THE COURT:  Case number 1942--real quick, Tim. I'll tell him.

OFFICER RAPP:  Okay.

THE COURT:  1943 is Obstructing Justice; 1944 is Interfere With a Police Officer; 1945 is Driving While License Suspended; 1946 is Failed to Obey a Police Officer; and the last one is a Registration or Plate Violation.

You're all set, go.

(At 2:51 a.m., proceedings concluded)

11

CERTIFICATE

STATE OF MICHIGAN)
                 )
COUNTY OF WAYNE  )

I certify that this transcript consisting of 12 pages is a complete, true, and correct transcript of the proceedings and testimony taken in this case on October 15, 2015.


December 2, 2015

Michelle J.K. Buckberry, CER3601
Certified Electronic Recorder
11131 S. Wayne Road
Romulus, MI 48174
(734) 941-4462

12

Case: 2:16-cv-12406
Judge: Leitman, Matthew F.
MJ: Patti, Anthony P.
Filed: 06-24-2016 At 11:03 AM
CMP STUDSTILL v KING (sk)

JS 44 (Rev. 11/15)

# CIVIL CC

The JS 44 civil cover sheet and the information contained herein neither replace nor provided by local rules of court. This form, approved by the Judicial Conference of purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF*

except as
for the

## I. (a) PLAINTIFFS
Herbert Studstill EL
6296 Carnegie St #
Romulus Mi. 48174

## DEFENDANTS
Jalita Floyd-King
3663 Beverly Rd
Romulus Mi. 48174

(b) County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [X] 3  Federal Question *(U.S. Government Not a Party)*
- [ ] 2  U.S. Government Defendant
- [ ] 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729 (a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | **PERSONAL INJURY** | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 365 Personal Injury - Product Liability | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | [ ] 367 Health Care Pharmaceutical Personal Injury | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | Product Liability | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** |
| [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 196 Franchise | | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS —Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
US Constitutional rights

Brief description of cause:
Slander

## VII. REQUESTED IN COMPLAINT:
- [X] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
$ 150.000

CHECK YES only if demanded in complaint:
JURY DEMAND: [X] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*

JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other         ☒ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :

JS 44 (Rev 12/12)

# CIVIL COVER SHEET

County in which action arose _____

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Herbert Stuckhil El<br>6296 Carnegie St<br>Romulus Mi 48174 | Jalita Floyd-king<br>3663 Beverly Rd<br>Romulus Mi 48174 |

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | 1 | Incorporated or Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>151 Medicare Act<br>152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholders' Suits<br>190 Other Contract<br>195 Contract Product Liability<br>196 Franchise | **PERSONAL INJURY**<br>310 Airplane<br>315 Airplane Product Liability<br>320 Assault, Libel & Slander<br>330 Federal Employers' Liability<br>340 Marine<br>345 Marine Product Liability<br>350 Motor Vehicle<br>355 Motor Vehicle Product Liability<br>360 Other Personal Injury<br>362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>365 Personal Injury - Product Liability<br>367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>370 Other Fraud<br>371 Truth in Lending<br>380 Other Personal Property Damage<br>385 Property Damage Product Liability | 625 Drug Related Seizure of Property 21 USC 881<br>690 Other | 422 Appeal 28 USC 158<br>423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>820 Copyrights<br>830 Patent<br>840 Trademark<br><br>**SOCIAL SECURITY**<br>861 HIA (1395ff)<br>862 Black Lung (923)<br>863 DIWC/DIWW (405(g))<br>864 SSID Title XVI<br>865 RSI (405(g)) | 375 False Claims Act<br>400 State Reapportionment<br>410 Antitrust<br>430 Banks and Banking<br>450 Commerce<br>460 Deportation<br>470 Racketeer Influenced and Corrupt Organizations<br>480 Consumer Credit<br>490 Cable/Sat TV<br>850 Securities/Commodities/ Exchange<br>890 Other Statutory Actions<br>891 Agricultural Acts<br>893 Environmental Matters<br>895 Freedom of Information Act<br>896 Arbitration<br>899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>210 Land Condemnation<br>220 Foreclosure<br>230 Rent Lease & Ejectment<br>240 Torts to Land<br>245 Tort Product Liability<br>290 All Other Real Property | **CIVIL RIGHTS**<br>440 Other Civil Rights<br>441 Voting<br>442 Employment<br>443 Housing/ Accommodations<br>445 Amer. w/ Disabilities - Employment<br>446 Amer. w/ Disabilities - Other<br>448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>463 Alien Detainee<br>510 Motions to Vacate Sentence<br>530 General<br>535 Death Penalty<br>**Other:**<br>540 Mandamus & Other<br>550 Civil Rights<br>555 Prison Condition<br>560 Civil Detainee - Conditions of Confinement | **LABOR**<br>710 Fair Labor Standards Act<br>720 Labor/Management Relations<br>740 Railway Labor Act<br>751 Family and Medical Leave Act<br>790 Other Labor Litigation<br>791 Employee Retirement Income Security Act<br><br>**IMMIGRATION**<br>462 Naturalization Application<br>465 Other Immigration Actions | **FEDERAL TAX SUITS**<br>870 Taxes (U.S. Plaintiff or Defendant)<br>871 IRS - Third Party 26 USC 7609 | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of constitutional rights

Brief description of cause: Slander

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R Cv P

DEMAND $ 150,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [Yes] / No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.          Is this a case that has been previously dismissed?          ☐ Yes
                                                                        ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.          Other than stated above, are there any pending or previously          ☐ Yes
            discontinued or dismissed companion cases in this or any other          ☒ No
            court, including state court? (Companion cases are matters in which
            it appears substantially similar evidence will be offered or the same
            or related parties are present and the cases arise out of the same
            transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| ☑ | Two (2) completed Civil Cover Sheets. | |
|---|---|---|
| ☒ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___1___ + 2 = ___3___ Complaints.<br>  # of Defendants      Total<br><br>Received by Clerk: _SK_  ~~ONLY 2 Complaint sent~~  Addresses are complete: _SK_ | Case:2:16-cv-12406<br>Judge: Leitman, Matthew F.<br>MJ: Patti, Anthony P.<br>Filed: 06-24-2016 At 11:03 AM<br>CMP STUDSTILL v KING (sk) |
| ☐ | If any of your defendants are government agencies:<br>Provide two (2) extra copies of the complaint for the U.S. Attorney and the Attorney General. | |

| | If Paying The Filing Fee: | If Asking That The Filing Fee Be Waived: |
|---|---|---|
| ☐ | Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>      Clerk, U.S. District Court<br><br>Received by Clerk: _____ Receipt #:_____ | ☒ Two (2) completed Application to Proceed in District Court without Prepaying Fees or Costs forms.<br><br><br>Received by Clerk: _____ |

Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed summonses for each defendant including each defendant's name and address.<br><br><br><br><br><br>Received by Clerk: _____ | ☒ Two (2) completed USM – 285 Forms per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☒ Two (2) completed Request for Service by U.S. Marshal form.<br><br>Received by Clerk: _____ | ☒ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) Notice of a Lawsuit and Request to Waive Service of a Summons form per defendant.<br>• Two (2) Waiver of the Service of Summons forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Only 2 complaints were sent.

Rev. 4'13



# PRIORITY
## ★ MAIL ★



📅 DATE OF DELIVERY SPECIFIED*

📧 USPS TRACKING™ INCLUDED*

💲 INSURANCE INCLUDED*

🚚 PICKUP AVAILABLE

* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.



SCANNED



UNITED STATES
POSTAL SERVICE.

UNITED STATES
POSTAL SERVICE.

USPS TRACKING #

9114 9999 4431 3734 9982 20

FROM: Herbert Studshill EL
6296 Carnegie St
Romulus Mi 48174

TO: U.S district court for
the Eastern District of Michigan
Clerk's Office
Theodore Levin U.S Courthouse
231 W. Lafayette Blvd. Room564
Detroit, Mi 48226


P S 00001000060

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE


UNITED STATES
POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail shipments. Please may be a violation of federal law. This packaging is not for resale. EP14L © U.S. Postal Service; February 2014; All rights reserved.

This envelope is made from post-consumer waste. Please recycle - again.

*PRESS FIRMLY TO*    *PRESS FIRMLY TO SEAL*

# PRIORITY
## ★ MAIL ★

TRACKED*
★ ★ ★
INSURED*
★

## FLAT RATE ENVELOPE
ONE RATE ★ ANY WEIGHT™



RECEIVED
JUN 2 4 2016
CLERK'S OFFICE
DETROIT



**Legal Flat Rate Envelope**
EP14L February 2014
OD: 15 x 9.5

PS00001000060



**UNITED STATES**
**POSTAL SERVICE** ®

* Domestic only.    ** For international shipments, the maximum weight is 4 lbs.